# Court of Appeals
# of the State of Georgia

ATLANTA,      May 19, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1590. ZHI LIN et al. v. INFINITY SAFEGUARD INSURANCE COMPANY.**

On September 3, 2015, the trial court entered an order granting defendant Infinity Safeguard Insurance Company's ("Infinity") motion to dismiss, or in the alternative, motion for summary judgment. Plaintiffs Zhi Lin and Jing Ou filed a "Motion to Vacate Order," arguing that the court had overlooked a pertinent fact in granting Infinity's motion. The court denied the motion to vacate, and on December 2, 2015, plaintiffs filed both an application for discretionary appeal and a notice of appeal. However, we lack jurisdiction.

We dismissed the application as untimely, reasoning that the "Motion to Vacate" was, in substance, a motion for reconsideration that had not extended the time for filing the application. Case No. A16D0170 (dismissed Jan. 4, 2016). Lin and Ou sought reconsideration, urging us to treat the "Motion to Vacate" as a motion to set aside under OCGA § 9-11-60 (d), the denial of which is appealable by timely application under OCGA § 5-6-35 (a) (8). Upon further review, we granted the motion for reconsideration and vacated our previous order dismissing the application. However, we denied the application after reviewing the merits. Case No. A16D0170 (denied Feb. 12, 2016).

Because the denial of plaintiffs' application for discretionary appeal was an adjudication on the merits, this direct appeal is barred by the doctrine of res judicata. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). Accordingly, we lack jurisdiction over this direct appeal, which is hereby

DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_____05/19/2016_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*